UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-cr-00271-H-1

UNITED STATES OF AMERICA,       )
                                )
v.                              )       ORDER
                                )
TRAVIS MCNEIL                   )

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 18 and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

This the 21st day of March, 2012.

MALCOLM J. HOWARD
Senior United States District Judge