IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-CR-271-H

UNITED STATES OF AMERICA     :
                             :
     v.                      :     **JUDGMENT**
                             :
TRAVIS DESHON MCNEIL         :


Pursuant to the Order of Forfeiture entered by the Court on April 9, 2012, judgment is hereby entered against defendant, TRAVIS DESHON MCNEIL, in the amount of $7,900. Post-judgment interest shall accrue at the rate of .18%.

This 10th day of April, 2012.

_____
JULIE A. RICHARDS
Clerk
U. S. District Court